# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS J. GRAIL,<br><br>Defendant. | PO-24-5065-GF-JTJ<br><br>VIOLATION:<br>E1384203<br>Location Code: M13<br><br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1384203 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1384203.

**IT IS FURTHER ORDERED** that the bench trial scheduled for October 24, 2024, is **VACATED.**

DATED this 26th day of September, 2024.

_____
John Johnston
United States Magistrate Judge